IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    13-cv-03406-WYD-KLM

AMY MARIE MASKIE,

    Plaintiff,

v.

ALTERNATIVE REVENUE SYSTEMS, INC. a Colorado Corporation and
TIMOTHY S. GIBSON, in his personal capacity,

    Defendants.

## ORDER

    THIS MATTER is before the Court on Plaintiff's Notice of Acceptance of Offer of Judgment and Notice of Intent to Claim Attorney's Fees and Costs (ECF No. 19), filed on September 23, 2014.   In this combined notice, the Plaintiff first alerts the Court that she has accepted the Defendants' Offer of Judgment Pursuant to Fed.R.Civ.P. 86 (ECF No. 19-1).   The Plaintiff also alerts the Court of her intent to claim an award of attorney's fees and costs, and further requests a scheduling order from the Court regarding the presentation of motions for attorney's fees.   The Plaintiff proposes that the scheduling order give the parties a minimum of 30 days from September 23, 2014, the date of the combined notice (ECF No. 19), in order to give the parties an opportunity to informally settle this issue without the Court's involvement.

    Based on the foregoing, the parties shall file a status report with the Court, by Friday, October 31, 2014, addressing the status of the parties' attempt to informally settle this matter.   If the parties have not settled by that time, they shall file a motion for a

scheduling order regarding briefing on attorney's fees.   It is, therefore,

ORDERED that the parties shall file a status report with the Court, by Friday, October 31, 2014, addressing the status of the parties' attempt to informally settle this matter.   If the parties have not settled by that time, they shall file a motion for a scheduling order regarding briefing on attorney's fees.

Dated:   October 2, 2014.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE